UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HUNTER,<br><br>        Petitioner,<br><br>    v.<br><br>PAUL THOMPSON, et al.,<br><br>        Respondents. | No.  2:21-cv-01765-TLN-CKD P<br><br>ORDER AND ORDER TO SHOW CAUSE |

      Petitioner is a federal inmate proceeding pro se in this habeas corpus action filed pursuant to 28 U.S.C. § 2241.  Petitioner requests that the Bureau of Prisons immediately calculate his earned time credits pursuant to the First Step Act of 2018 and "to credit those days toward early release and if such date has passed to immediately release the prisoner…."  ECF No. 1 at 6.  Based on petitioner's own calculation, his estimated release date including these earned time credits is October 5, 2021.  ECF No. 1 at 7.  Absent such credits, his projected release date is December 5, 2023.  Id.

      On December 19, 2021, respondents filed a motion to dismiss the § 2241 petition.  ECF No. 7.  Petitioner filed a reply to the motion on January 18, 2022.  ECF No. 8.  However, the court's review of the Federal Bureau of Prisons Inmate Locator website indicates that petitioner has since been transferred to a residential reentry facility.  See https://www.bop.gov/inmateloc/.  Based on this change in petitioner's custody status, the court will direct petitioner to show cause

1

why the pending § 2241 petition should not be dismissed as moot.

  Accordingly, IT IS HEREBY ORDERED that:

  1. Petitioner show cause in writing within 21 days from the date of this order why the pending § 2241 petition should not be dismissed as moot based on his release from incarceration.

  2. The Clerk of Court is directed to update petitioner's address as a one-time courtesy to the RRM Long Beach, Residential Reentry Office, P.O. Box 323, San Pedro, CA 90733.

Dated:  April 22, 2022

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/hunt1765.2241.osc.release.docx

2