UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HUNTER,<br><br>    Petitioner,<br><br>    v.<br><br>PAUL THOMPSON, et al.,<br><br>    Respondents. | No.  2:21-cv-01765-TLN-CKD P<br><br>FINDINGS AND RECOMMENDATIONS |

Petitioner is a former federal inmate proceeding pro se and in forma pauperis in this habeas corpus action filed pursuant to 28 U.S.C. § 2241.  In his habeas application, petitioner requests that the Bureau of Prisons immediately calculate his earned time credits pursuant to the First Step Act of 2018 and "to credit those days toward early release and if such date has passed to immediately release the prisoner…." ECF No. 1 at 6.  On April 22, 2022, the court ordered petitioner to show cause within 21 days why the habeas petition should not be dismissed as moot in light of his release from incarceration.  ECF No. 10.  Petitioner did not respond to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. Petitioner's application for a writ of habeas corpus be dismissed as moot based on petitioner's release from prison.

2. Respondent's motion to dismiss (ECF No. 7) be denied as unnecessary.

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 19, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/hunt1765.mtd.mood.docx